MIGUEL HERNANDEZ ILAW
IN PRO PER
932 Pershing Avenue
San Jose CA 95126
408.402.2987
miguelilaw@gmail.com

FILED
MAY 28 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

RECEIVED
2020 MAY 28 A 7:12
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MIGUEL HERNANDEZ ILAW

         Plaintiff,

v

LITTLER MENDELSON, PC
ATTY JOSHUA Z. FELDMAN
ATTY KARIN M. COGBILL

         Defendant.

Case No.: CV20 3566 NC

**VERIFIED COMPLAINT**

**DEPRIVATION OF CIVIL RIGHTS**

42 U.S.C. § 1985(3)

    Pursuant to 42 U.S.C. § 1985(3), In Pro Per Plaintiff Miguel Hernandez Ilaw submits this civil complaint of deprivation of rights against Littler Mendelson, PC; Attorneys Joshua Z. Feldman and Karin M. Cogbill, Defendant Counsel for Daughters of Charity Health System in litigation, Case No 5:11-cv-02752-LHK.

- 1 -
MIGUEL HERNANDEZ ILAW v LITTLER MENDELSON, et al

*Plaintiff*   Miguel Hernandez Ilaw, *Pro Se*

*Defendants*

    1. Littler Mendelson, PC
        2049 Century Park East, Century City CA 90067
        310.553.0308 / 310.772.7208

    2. Joshua Z. Feldman, Esq
        jfeldman@littler.com
        2049 Century Park East, Century City CA 90067
        310.553.0308 / 310.772.7208

    3. Karin M. Cogbill, Esq
        Hopkins Carley PC
        408.299.1310.
        70 South First Street, San Jose CA 95113

*In Controversy*

    4. Case No. 5:11-cv-02752-LHK
    *Miguel Ilaw v Daughters of Charity Health System*
    One Million: Demand for Damages
    Cause of Action:  EEOC Gender Discrimination
    Defendant Counsel, Littler Mendelson PC
    Attys: Joshua Z. Feldman, Karin M. Cogbill
    United States District Court
    280 S. First Street, San Jose CA 95113

*Related Case:*

    5. Case No. 5:20-cv-02183-LHK
       Document 19
       Plaintiff's Motion To Recuse LHK
    *Miguel Hernandez Ilaw v CVS Pharmacy*
    United States District Court
    280 S. First Street, San Jose CA 95113

1  ∞

2  **VERIFIED COMPLAINT**

3  **October 24, 2011**: Docket 42

4  In Case No. 5:11-cv-02752-LHK, Mr. Ilaw filed a motion to be heard.
5  "*Plaintiff's Motion To Shorten Time*" Docket 42.

7  **October 26, 2011**: Docket 47

8  Defendants Littler, et al. replied:

9  "Although Defendant does not oppose the scheduling of a case management conference; it would request that any such conference ***not be scheduled*** until after the hearing on Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint (SAC) which is set for February 4, 2012. The pending motion to dismiss request that the Court dismiss Plaintiff's SAC without leave to amend. If granted, this case will be dismissed in its entirety and a scheduling conference would be unnecessary. Therefore, given the posture of this case, Defendant requests that the Court postpone conducting a case management conference until the pending motion to dismiss has been decided."

*Signed* Karin M. Cogbill, Joshua Z. Feldman, Littler Mendelson, A Professional Corporation. *See* Docket 47 Attachment.

**February 6, 2012**: Docket 55

Judge Lucy H. Koh, ORDER, Page 13.

FOOTNOTE: Plaintiff's Motion to Shorten Time for a Status Conference, ECF No. 42, is hereby also DENIED as moot.

To Mr. Ilaw's detriment, Pro Se Plaintiff was defeated in the lawsuit without being heard.

- 3 -

MIGUEL HERNANDEZ ILAW v LITTLER MENDELSON, et al

## LEGAL STANDARD

**42 U.S. C. § 1983** "Every person who, under color of any statute, ordinance, regulation, custom or usage, of any State or Territory, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress." **42 U.S.C. § 1985(3)** "[If] two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; ... the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators.

## LEGAL ARGUMENT

Inside this Court, Defendant opposed Mr. Ilaw's Motion, Dkt 42 by officially asking this Court to deny equal protection of the laws, the right to be heard, to unrepresented Plaintiff. Resulting to impediment of administration of justice.

Koh granted the request by footnoting and mooting his Guaranteed Constitutional rights.

In *Griffin v. Breckenridge,* 403 U.S. 88 (1971). The Court stated: "That § 1985(3) reaches private conspiracies to deprive others of legal rights ... and its constitutionality."

Ninth Circuit under section (1985) required two elements: (1) the violation of a protected right and (2) an invidiously discriminatory class-based animus motivating the violation. *Life Ins. Co. of America v. Reichardt*, 591 F.2d 499, 502 (9th Cir. 1979). The Supreme Court has required that the plaintiff show "some racial, or perhaps otherwise class-based, invidiously discriminatory animus behind the conspirators' action. *Griffin v. Breckenridge*, 403 U.S. 88, 102 (1971). Herein, Mr. Ilaw is class-based pro se litigant.

## PRAYER

For egregious Docket 47 pleading to deprivation of his Guaranteed Constitutional rights, the Plaintiff asks for Nine Million Dollars for damages [ 9 years x 1 Million ].

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 22nd day of May, 2020.

*/s/ Miguel Ilaw*

MIGUEL HERNANDEZ ILAW
In Pro Per
932 Pershing Avenue
San Jose CA 95126
408.402.2987
miguelilaw@gmail.com

# PROOF OF SERVICE

Unites States District Court
San Jose Division

MIGUEL HERNANDEZ ILAW
v
LITTLER MENDELSON, PC et al

On May 22, 2020, I served true copies of the following documents, *Complaint, Summons* in re <u>Miguel Hernandez Ilaw v Littler Mendelson, PC, Attorneys Joshua Z. Feldman & Karin M. Cogbil</u> *on* interested parties via professional server.

Karin M. Cogbill, Esq
Hopkins Carley LLP
408.299.1310.
70 South First St, San Jose CA 95113

Joshua Z. Feldman, Esq
*jfeldman@littler.com*
2049 Century Park East, Century City CA 90067
310.553.0308 / 310.772.7208

Littler Mendelson, PC
2049 Century Park East, Century City CA 90067
310.553.0308 / 310.772.7208

*/s/ Miguel Hernandez Ilaw/*
MIGUEL HERNANDEZ ILAW
In Pro Per
932 Pershing Avenue
San Jose CA 95126
408.402.2987
miguelilaw@gmail.com

| | |
|---|---|
| 1 | JOSHUA Z. FELDMAN, Bar No. 199207 |
| | jfeldman@littler.com |
| 2 | KARIN M. COGBILL, Bar No. 244606 |
| | kcogbill@littler.com |
| 3 | LITTLER MENDELSON |
| | A Professional Corporation |
| 4 | 50 W. San Fernando, 15th Floor |
| | San Jose, CA 95113.2303 |
| 5 | Telephone:   408.998.4150 |
| 6 | Attorneys for Defendant |
| | DAUGHTERS OF CHARITY HEALTH SYSTEM |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MIGUEL ILAW, | Case No.  CV11-02752-LHK |
|---|---|
| Plaintiff, | **DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO SHORTEN TIME (DKT. NO. 42)** |
| v. | |
| DAUGHTERS OF CHARITY HEALTH SYSTEMS, et al. | |
| Defendants. | |

# ATTACHMENT
Ilaw v Littler et al

LITTLER MENDELSON
DEFENDANT'S OPPOSITION TO
PLAINTIFF'S MOTION TO SHORTEN TIME
(DKT. NO. 42) (NO. CV11-02752-LHK)

On October 25, 2011, Plaintiff filed a "Motion to Shorten Time/Status Conference Request" requesting that the Court schedule a Status Conference for a date in November. There are presently no case management conferences scheduled for this matter, nor has the Court conducted an initial case management conference, as the previously scheduled one was vacated when this matter was reassigned.

Although Defendant does not oppose the scheduling of a case management conference; it would request that any such conference not be scheduled until after the hearing on Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint which is set for February 4, 2012. The pending motion to dismiss requests that the Court dismiss Plaintiff's Second Amended Complaint without leave to amend. If granted, this case will be dismissed in its entirety and a scheduling conference would be unnecessary. Therefore, given the posture of this case, Defendant requests that the Court postpone conducting a case management conference until the pending motion to dismiss has been decided.

Dated: October 26, 2011

/s/ Karin M. Cogbill
JOSHUA Z. FELDMAN
KARIN M. COGBILL
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
DAUGHTERS OF CHARITY HEALTH SYSTEM

Firmwide:104788348.1 015598.1419

DEFENDANT'S OPPOSITION TO
PLAINTIFF'S MOTION TO SHORTEN TIME          2.
(DKT. NO. 42) (NO. CV11-02752-LHK)

1 | JOSHUA Z. FELDMAN, Bar No. 199207
jfeldman@littler.com
2 | KARIN M. COGBILL, Bar No. 244606
kcogbill@littler.com
3 | LITTLER MENDELSON
A Professional Corporation
4 | 50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
5 | Telephone: 408.998.4150

6 | Attorneys for Defendant
DAUGHTERS OF CHARITY HEALTH SYSTEMS
7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

11 | MIGUEL ILAW,                      Case No. CV11-02752-LHK

12 |            Plaintiff,             **CERTIFICATE OF SERVICE**

13 | v.

14 | DAUGHTERS OF CHARITY HEALTH SYSTEMS,

15 |            Defendant.

16

17

18 |         I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 50 W. San Fernando, 15th Floor, San Jose, California 95113.2303. On October 26, 2011, I served the within document(s):

21 | DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO SHORTEN TIME (DKT. NO. 42); AND

22 | CERTIFICATE OF SERVICE

24 | ☐ by facsimile transmission at or about _____ on that date. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number 408.288.5686. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is attached. The names and facsimile numbers of the person(s) served are as set forth below.

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

CERTIFICATE OF SERVICE
CASE NO. CV11-02752-LHK

| | | |
|---|---|---|
| ☐ | by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Jose, California addressed as set forth below. | |
| ☒ | by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below. | |
| ☐ | by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below. | |
| ☒ | Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses on the attached service list on the dates and at the times stated thereon. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. The electronic notification address of the person making the service is kcogbill@littler.com. | |

Miguel Ilaw                                              Plaintiff in Pro Per
932 Pershing Avenue
San Jose, CA 95126
Tel: (408) 402-2987
Email: miguelilaw@gmail.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on October 26, 2011, at San Jose, California.

_____
Lynda Vargem

Firmwide:102675398.1 015598.1419

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113-2303
408.998.4150

CERTIFICATE OF SERVICE
CASE NO. CV11-02752-LHK                    2.